# Petition.                          4:19 CV1289

Become US citizen.                          vs   USCIS.

On April 10, 2019 I will be able to apply to become US citizen according to website https://uscis.gov.

I want to make sure it true and correct.

I want to achieve $10 billion after i take Oath and become a citizen.

United States Courts
Southern District of Texas
F I L E D

APR 09 2019

David J. Bradley, Clerk of Court

Work.                          vs United Nation

I have a company named The Greyrolley Group LLC.

EIN: 81-39 9 CC 04 filed in Texas.

I want to receive €30 billion to just and favourable conditions of work.

Asset.                          vs Federal Reserve

I have a piece of land in Vietnam use with others.

My share 758 m².

I want to give it up with a conversion of 23 trillion vnd.

Notes.                          vs Federal Reserve

I live in USA use USD which is FEDERAL RESERVE NOTES produced by Bureau of Engraving and Printing.

I want a gift $2 billion.

Tan N Nguyen

Address: 4400 Boone rd #309, Houston, TX, 77072